**UNITED STATES BANKRUPTCY COURT
for the Western District of Virginia
Lynchburg Division**

| In re: Robert E Fifer | CASE NO. 13–61803 |
|---|---|
| Debtor(s) | CHAPTER 13 |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 12/13/13

REBECCA B CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:  
Robert E Fifer  
    Debtor

Case No. 13-61803-rbc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0423-6     User: whitek     Page 1 of 1     Date Rcvd: Dec 13, 2013  
                             Form ID: van02     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2013.

```
db           +Robert E Fifer,    1018 Piedmont Street, Apt. B,    Bedford, VA 24523-2918
3830555      +Approved Cash Advance,    1128 Lynchburg Salem Turnpike East,    Suite 400,
               Bedford, VA 24523-3445
3830556      +Carillion Medical Center,    213 South Jefferson St,    Roanoke, VA 24011-1700
3830557       Centra Health,    PO Box 79940,    Baltimore, MD 21279-0940
3849621      +Centra Health,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
3844659      +Centra Health, Inc.,    CooleySublett, PLC,    P.O. Box 20869,    Roanoke, VA 24018-0527
3830558      +Check into Cash,    2121 Wards Rd,    Lynchburg, VA 24502-5311
3830559      +Express Check Advance,    586 Blue Ridge Avenue,    Bedford, VA 24523-2604
3830560      +Grubbs Funeral Home,    215 6th Street,    Wytheville, VA 24382-2510
3830561      +Harry Crews,    528 Savavvah Ave.,    Lynchburg, VA 24502-2932
3830562      +JD Byrider,    2828 Candlers Mountain Road,    Lynchburg, VA 24502-2210
3830563      +JD Byrider,    3141 Peterscreek road NW,    Roanoke, VA 24019-2715
3844658      +James W. Sublett, III,    CooleySublett, PLC,    P.O. Box 20869,    Roanoke, VA 24018-0527
3836669      +Lee Foutz,    104 Rollingwood Court,    Troutville, VA 24175-6677
3830564      +Nag Maxfield,    4438 Shingleblock Road,    Bedford, VA 24523-6106
3830565      +Nelson Martin,    1124 Falling Creek Road,    Bedford, VA 24523-3132
3830567      +Robert and Tracey Bryant,    1231 Timber Ridge Road,    Bedford, VA 24523-4233
3830568      +Title Max,    2505 Memorial Ave.,    Lynchburg, VA 24501-2621
3830569      +Urgent Money Service,    406 E Main St #B,    Bedford, VA 24523-2017
3830571      +Wytheville Community Hospital,    600 W Ridge Rd,    Wytheville, VA 24382-1044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
3851169      +EDI: CINGMIDLAND.COM Dec 13 2013 21:34:00     AT&T Mobility II LLC,    &#037;AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ 07921-2693
3830553      +EDI: AAEO.COM Dec 13 2013 21:34:00     Aarons Rental,    4140 Melrose Ave,
               Roanoke, VA 24017-5812
3830554      +Fax: 864-336-7400 Dec 13 2013 22:09:49     Advanced America Cash Advance,    2100 Wards Road,
               Lynchburg, VA 24502-5312
3873941       EDI: AIS.COM Dec 13 2013 21:34:00     American InfoSource LP as agent for,    US Cellular,
               PO Box 248838,    Oklahoma City, OK  73124-8838
3832729       EDI: AIS.COM Dec 13 2013 21:34:00     American InfoSource LP as agent for,    Midland Funding LLC,
               PO Box 268941,    Oklahoma City, OK  73126-8941
3830566      +EDI: HCA2.COM Dec 13 2013 21:33:00     Pulaski Community Hospital,    2400 Lee Highway,
               Pulaski, VA 24301-2332
3840623       EDI: Q3G.COM Dec 13 2013 21:33:00     Quantum3 Group LLC as agent for,    CF Medical V LLC,
               PO Box 788,    Kirkland, WA  98083-0788
3830570       EDI: USCELLULAR.COM Dec 13 2013 21:33:00     US Cellular,    PO BOX 371345,
               Pittsburgh, PA 15250-7345
                                                                                               TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2013 at the address(es) listed below:

```
              Stephen E. Dunn    on behalf of Debtor Robert E Fifer stephen@stephendunn-pllc.com,
               marie@stephendunn-pllc.com,jennifer@stephendunn-pllc.com,kelly@stephendunn-pllc.com,
               amanda@stephendunn-pllc.com,  stephendunnpllc@gmail.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 2
```